United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NELSON D. MARTINEZ, | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-04860 |
| | § | |
| TE'IVA J. BELL, *et al.*, | § | |
|    Defendants. | § | |

## ORDER

On January 23, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 5). Judge Bryan filed three Memoranda and Recommendations on March 13, 2025 (Dkts. 18, 19, 20), recommending that Defendant Harris County's Motion to Dismiss (Dkt. 9) be **GRANTED**, that Plaintiff's Request for Entry of Default (Dkt. 12) be **DENIED**, that the claims against Defendants Carter and Judge Bell be **DISMISSED**, and that Plaintiff's Quo Warranto Petition (Dkt. 15) be **DENIED**.

On March 17, 2025, Plaintiff filed his objections. (Dkts. 22, 23, 24). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; see also FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the Memoranda and Recommendations, the pleadings, and the record. The Court **ACCEPTS** Judge Bryan's Memoranda and Recommendations and **ADOPTS** her findings as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bryan's Memoranda and Recommendations (Dkts. 18, 19, 20) are **APPROVED AND ADOPTED** in their entirety as the holding of the Court;

(2) Defendant Harris County's Motion to Dismiss (Dkt. 9) is **GRANTED**;

(3) Plaintiff's Request for Entry of Default (Dkt. 12) is **DENIED**;

(4) Plaintiff's Quo Warranto Petition (Dkt. 15) is **DENIED**; and

(3) This matter is **DISMISSED**.

It is so **ORDERED**.

**SIGNED at Houston, Texas, this 29th day of April, 2025.**

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE