United States District Court
Southern District of Texas
**ENTERED**
October 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NELSON D. MARTINEZ,<br>　　Plaintiff, | §<br>§<br>§ |
| VS. | § CIVIL ACTION NO. 4:24-CV-04860 |
| TE'IVA J. BELL, *et al.*,<br>　　Defendants. | §<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 23, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 5). Judge Bryan filed a *Memorandum and Recommendation* on September 17, 2025, recommending that Plaintiff's Motion to Alter or Amend the Judgment be denied. (Dkt. 71).

No objections have been filed to *the Memorandum and Recommendation*. Accordingly, the Court reviews *the Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bryan's *Memorandum and Recommendation* (Dkt. 71) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion to Alter or Amend the Judgment (Dkt. 70) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on October 22, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE